50788. SMITH et al. v. SHUMAN et al.

STOLZ, Judge.

In these separate actions, tried and appealed together, by a husband and his wife for damages for injuries to the wife resulting from her slipping and falling on a rock in the parking lot of a beauty shop owned by one defendant and leased to the co-defendant, the trial judge did not err in granting summary judgments for both defendants upon a showing that the plaintiff wife parked on the nearly new parking lot around noon on a clear day; that she saw no debris on the parking lot as she entered the defendants' shop; that upon leaving the shop around 2 p.m., she observed several stones on the then nearly vacant parking area, yet slipped and fell on a quarter-or marble-sized, gray colored stone; that she had used this parking lot for about 5 months and had never seen any debris thereon before; and that there was no evidence that the defendants had any knowledge of the presence of the stones. See *Butler v. Jones,* 85 Ga. App. 158 (2) (68 SE2d 173) and cits.; *Misenhamer v. Pharr,* 99 Ga. App. 163 (2) (107 SE2d 875) and cits.; *Angel v. The Varsity, Inc.,* 113 Ga. App. 507 (148 SE2d 451) and cits.; *Avary v. Anderson,* 31 Ga. App. 402 (120 SE 683); *Roberts v. Wicker,* 213 Ga. 352 (99 SE2d 84) and cits.

*Judgments affirmed. Deen, P. J., concurs. Evans, J., concurs in the judgment only.*

ARGUED JUNE 30, 1975 — DECIDED SEPTEMBER 2, 1975.

Joseph B. Bergen, for appellants.

Kennedy & Sognier, John W. Sognier, John T. Woodall, Falligant, Karsman, Kent & Toporek, Martin Kent, Charles C. Brooks, for appellees.